No. 80. PARKER ET AL. *v.* PORTER, PRICE ADMINISTRATOR;
No. 483. MURRAY *v.* PORTER, PRICE ADMINISTRATOR;
No. 512. RALEY ET AL., TRADING AS RALEY'S FOOD STORE, *v.* PORTER, PRICE ADMINISTRATOR;

No. 526.    315 West 97th Street Realty Co., Inc. et al. *v.* Porter, Price Administrator;

No. 583.    Porter, Price Administrator, *v.* Mohawk Wrecking & Lumber Co. et al.;

No. 682.    Porter, Price Administrator, *v.* Rhodes, Sheriff, et al.; and

No. 694.    Victor et al., Trustees, *v.* Porter, Price Administrator.    December 16, 1946.    Fleming, Temporary Controls Administrator, substituted for Porter, Price Administrator.